IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ELLEN ALLICKS d/b/a ALLICKS EXCAVATING, et al., on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> OMNI SPECIALTY PACKAGING, LLC, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No. 4:19-cv-01038 ) ) ) ) ) ) |

## PARTIES' JOINT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS-ACTION SETTLEMENT

COME NOW Plaintiffs Adam Sevy, Shawn Hornbeck, Arno Graves, Ron Nash, Todd Vohs, Wayne Rupe, David Guest, Brian Nelms, Robert Thiry, Larry Muhs, Anthony Shaw, Rusty Shaw, Tim Sullivan, Roger Bias, Robert Withrow, and Ellen Allicks d/b/a Allicks Excavating ("Plaintiffs") and Defendants Omni Specialty Packaging, LLC, Ozark Automotive Distributors, Inc., and O'Reilly Automotive Stores, Inc. d/b/a O'Reilly Auto Parts (sometimes referred to herein collectively as the "Defendants") (each a "Party," and together the "Parties"), by and through their respective undersigned counsel, and move the Court for an Order preliminarily approving the Parties' Settlement Agreement and Release filed herewith. In support of their Joint Motion, the Parties respectfully states as follows:

1. On or about February 24, 2020, the Parties entered into the Settlement Agreement and Release in this matter (the "Settlement Agreement"). The Settlement Agreement makes substantial monetary and non-monetary relief available to approximately 285,500 or more members of the proposed settlement class comprised of persons and entities who purchased

O'Reilly 303 Tractor Hydraulic Fluid in any state in the United States, excluding Missouri, during the Class Period. The Settlement Agreement, with the following exhibits thereto, is attached as Exhibit 1 to this Joint Motion:

> Exhibit A – Preliminary Approval Order
>
> Exhibit B – Final Approval Order
>
> Exhibit C -- Mailed Class Notice
>
> Exhibit D – Summary Class Notice
>
> Exhibit E – Long Form Class Notice
>
> Exhibit F – Claim Form and Instructions
>
> Exhibit G – Request for Correction Form and Instructions

(*See* Settlement Agreement and Release, Exhibit 1.)

2. Pursuant to the Settlement Agreement, the Parties now respectfully request that the Court enter an Order, in substantially the form of the proposed Preliminary Approval Order attached hereto as Exhibit 2, ruling, in summary, as follows:

> (a) Preliminarily approving the terms and conditions set forth in the Settlement Agreement, including all exhibits thereto, as fair, reasonable, and adequate.
>
> (b) Conditionally certifying, for settlement purposes only, the following settlement class: "All persons and other entities who purchased O'Reilly 303 Tractor Hydraulic Fluid during the Class Period, as defined below, in the United States, excluding purchases made in Missouri, and also excluding purchases made for resale." The Settlement Class also excludes Defendants, including any parent, subsidiary, affiliate or controlled person of Defendants; Defendants' officers, directors, agents, employees and their immediate family members; as well as the

2

judicial officers assigned to this litigation and members of their staffs and immediate families. As explained in more detail in the Settlement Agreement and Suggestions in Support of this Joint Motion, the Class Period is determined by the longest applicable statute of limitations available under the law of the state in which a unit of O'Reilly 303 Tractor Hydraulic Fluid is purchased, with respect to claims for breach of warranty, fraud, unjust enrichment, personal property damage, and for violation of any applicable consumer-protection statute. The specific "Class Period" for each state in which O'Reilly 303 Tractor Hydraulic Fluid was purchased, excluding Missouri, is set forth in Appendix A to the Settlement Agreement and Release.

(c) Conditionally finding, for settlement purposes only and conditioned upon entry of the Final Order and Judgment, and the occurrence of the Effective Date (as defined in the attached Settlement Agreement), that the prerequisites for a class action under Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure have been satisfied in that: (a) the number of members of the Settlement Class is so numerous that joinder of all members thereof is impracticable; (b) there are questions of law and fact common to the Settlement Class; (c) the claims of the Plaintiffs are typical of the claims of the Settlement Class for purposes of settlement; (d) Plaintiffs have fairly and adequately represented the interests of the Settlement Class and will continue to do so, and Plaintiffs have retained experienced counsel to represent them; (e) the questions of law and fact common to the members of the Settlement Class predominate over any questions affecting any individual members of the Settlement Class; and (f) a class action is superior to the other available methods

for the fair and efficient adjudication of the controversy.

(d) Appointing Tom Bender and Dirk Hubbard from the law firm Horn Aylward & Bandy, LLC; Gene Graham, William Carr, and Bryan White from the law firm of White, Graham, Buckley & Carr, LLC; Clayton Jones of the Clayton Jones Law Firm, Paul D. Lundberg of the Lundberg Law Firm in Sioux City, Iowa; Rhon E. Jones and Tucker Osborne of Beasley, Allen, Crow, Methvin, Portis & Miles in Montgomery, Alabama; John G. Emerson of Emerson Firm, PLLC in Little Rock, Arkansas and Houston, Texas; Mark P. Bryant and N. Austin Kennedy of the Bryant Law Center, PSC in Paducah, Kentucky; Jon D. Robinson, Shane M. Mendenhall, Joshua G. Rohrscheib, and Zachary T. Anderson of Bolen, Robinson, & Ellis, LLP in Decatur, Illinois; and, Travis Griffith of Griffith Law Center, PLLC in Charleston, West Virginia, as counsel for the Settlement Class ("Class Counsel").

(e) Designating named Plaintiffs Adam Sevy, Shawn Hornbeck, Arno Graves, Ron Nash, Todd Vohs, Wayne Rupe, David Guest, Brian Nelms, Robert Thiry, Larry Muhs, Anthony Shaw, Rusty Shaw, Tim Sullivan, Roger Bias, Robert Withrow, and Ellen Allicks d/b/a Allicks Excavating as representatives of the Settlement Class.

(f) Appointing RG/2 Claims Administration LLC to serve as the Settlement Administrator.

(g) Setting a Final Fairness Hearing (as defined in the attached Settlement Agreement) to be held before this Court to determine whether the terms and conditions forth in the Settlement Agreement are fair, reasonable, and adequate and should receive

4

final approval.

(h) Staying, pending the Final Fairness Hearing, all proceedings in this action, other than proceedings necessary to carry out or enforce the terms and conditions of the Settlement Agreement.

(i) Approving the Mailed Class Notice (Exhibit 1-C), Summary Class Notice (Exhibit 1-D), Long Form Class Notice (Exhibit 1-E), Claim Form and Instructions (Exhibit 1-F), Request for Correction Form and Instructions (Exhibit 1-G), together with the publication notice plan and documents, and the settlement administration process, all set forth in Settlement Agreement and the Declaration of William W. Wickersham, filed herewith as Exhibit 3, including the exhibits thereto; finding that the proposed notice plan it is the best practicable notice under the circumstances, it provides individual notice to all Settlement Class Members who can be identified through a reasonable effort, and it is reasonably calculated, under all the circumstances, to apprise the members of the Settlement Class of the pendency of this action, the terms of the settlement, and their right to object to the settlement or exclude themselves from the Settlement Class.

(j) Approving the timetable and process for exclusion from the Settlement Class or objection to the Settlement by any Settlement Class Member.

(k) Approving the timetable and process for Class Counsel to file their application for expenses and attorneys' fees.

3. In further support of the adequacy and appropriateness of the Parties' notice plan, the declaration of, William W. Wickersham, a representative of proposed Settlement Administrator RG/2 Claims Administration LLC, is attached hereto as Exhibit 3.

4. In addition, orders preliminarily and finally approving the class-action settlement in *Miller v. O'Reilly Automotive, Inc.*, Case No. 18-00687-CV-W-ODS (W.D. Mo.), arising out the purchase of O'Reilly 303 Tractor Hydraulic Fluid in Missouri—the same product underlying Plaintiffs' claims in this action—are attached hereto as Exhibit 4 and Exhibit 5, respectively, for ease of reference.

5. In further support this Joint Motion, Plaintiffs file concurrently herewith their Memorandum in Support of Joint Motion for Preliminary Approval of Proposed Class-Action Settlement.

WHEREFORE, Plaintiffs and Defendants respectfully request that the Court enter the proposed Preliminary Approval Order attached hereto as Exhibit 2 and grant the Parties such other and further relief as is just and proper.

Date: April 6, 2020            Respectfully submitted,

**HORN AYLWARD & BANDY, LLC**

BY: */s/ Thomas V. Bender*
    Thomas V. Bender    MO 28099
    Dirk Hubbard    MO 37936
    2600 Grand, Ste. 1100
    Kansas City, MO 64108
    (816) 421-0700
    (816) 421-0899 (Fax)
    tbender@hab-law.com
    dhubbard@hab-law.com

**WHITE, GRAHAM, BUCKLEY,
& CARR, L.L.C**

BY:_____/s/ *Gene P. Graham*_____
      Gene P. Graham, Jr.   MO 34950
      William Carr         MO 40091
      Bryan T. White      MO 58805
      19049 East Valley View Parkway
      Independence, Missouri 64055
      (816) 373-9080
      Fax: (816) 373-9319
      bcarr@wagblaw.com
      bwhite@wagblaw.com

**CLAYTON JONES, ATTORNEY AT LAW**

BY:_____*/s/ Clayton A. Jones*_____
      Clayton Jones        MO 51802
      P.O. Box 257
      405 W. 58 Hwy.
      Raymore, MO 64083
      Office: (816) 318-4266
      Fax: (816) 318-4267
      clayton@claytonjoneslaw.com

**LUNDBERG LAW FIRM, P.L.C.**

BY: _____*/s/ Paul D. Lundberg*_____
      Paul D. Lundberg, IA Bar #W00003339
      600 Fourth St., Suite 906
      Sioux City, Iowa 51101
      Tel: 712-234-3030
      paul@lundberglawfirm.com

**BEASLEY, ALLEN, CROW
METHVIN, PORTIS & MILES, P.C.**

BY: */s/ Rhon E. Jones*_____
      Rhon E. Jones, AL
      Tucker Osborne, AL
      218 Commerce St.
      Montgomery, AL 36104
      Rhon.Jones@BeasleyAllen.com

7

**EMERSON FIRM, PLLC**

BY: */s/ John G.. Emerson*
    John G. Emerson, TX Bar No. 06602600
    830 Apollo St.
    Houston, TX 77058
    Tel: (800) 551-8649
    Fax: (501) 286-4659
    Email: jemerson@emersonfirm.com


**BOLEN ROBINSON & ELLIS, LLP**

BY: /s/ *Shane M. Mendenhall*
    Jon D. Robinson
    Joshua Rohrscheib
    Shane M. Mendenhall – ARDC No. 6297182
    Zachary T. Anderson - ARDC No. 6329384
    202 S. Franklin St., 2nd Floor
    Decatur, IL 62523
    Phone: 217-429-4296
    Fax: 217-329-0034
    Email: smendenhall@brelaw.com
    Email: zanderson@brelaw.


**BRYANT LAW CENTER, P.S.C.**

BY: */s/ Mark P. Bryant*
    Mark. P. Bryant    KY Bar #08755
    N. Austin Kennedy    KY Bar #96150
    P.O. Box 1876
    Paducah, KY 42002-1876
    Phone: (270) 442-1422
    Fax: (270) 443-8788
    Mark.bryant@bryantpsc.com
    Austin.kennady@bryantpsc.com

**GRIFFITH LAW CENTER, PLLC**

BY: */s/ Travis A. Griffith*
    Travis A. Griffith, WVSB No. 9343
    One Bridge Place
    10 Hale Street, Suite 203
    Charleston, WV 25301
    T: (304) 345-8999
    F: (304) 345-7638
    E: travis@protectingwv.com

**ATTORNEYS FOR PLAINTIFFS
AND SETTLEMENT CLASS MEMBERS**

-and-

**LEWIS RICE LLC**

By: /s/ Thomas P. Berra, Jr.
    Thomas P. Berra, Jr., #43399MO
    Edward T. Pivin, #64086MO
    600 Washington Avenue, Suite 2500
    St. Louis, Missouri 63101
    Telephone: (314) 444-1352
    Facsimile: (314) 612-1352
    tberra@lewisrice.com
    epivin@lewisrice.com

    Robert W. Tormohlen, #40024MO
    Scott A. Wissel, #49085MO
    1010 Walnut St., Suite 500
    Kansas City, Missouri 64106
    Telephone: (816) 472-2507
    Facsimile: (816) 472-2500
    rwtormohlen@lewisricekc.com
    sawissel@lewisricekc.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that this document was filed electronically with the United States District Court for the Western District of Missouri, with notice of case activity to be generated and sent electronically by the Clerk of the Court to all designated persons this 6th day of April, 2020.

                      */s/ Dirk Hubbard*