# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| WAYNE RUPE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:20-CV-00279-LMC |
| OZARK AUTOMOTIVE DISTRIBUTORS, INC., et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER OF CONSOLIDATION

As part of the Order Granting Motion to Transfer (Doc. 42), this case is to be consolidated with Case No. 4:19-CV-01038-DGK, captioned *Allicks et al. v. Omni Specialty Packaging, LLC et al.*, for all discovery and any discovery related issues. It is hereby

ORDERED that the cases are to be consolidated. All future filings in the above-listed cases shall be filed in Case No. 4:19-CV-01038-DGK only.

**IT IS SO ORDERED.**

      /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT

Dated: April 10, 2020