IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| ELLEN ALLICKS d/b/a ALLICKS EXCAVATING, et al., <br>    on behalf of themselves <br>    and others similarly situated, <br><br>    Plaintiffs, <br><br>v. <br><br>OMNI SPECIALTY PACKAGING, LLC, et al., <br><br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 4:19-cv-01038 |

## PARTIES' RENEWED JOINT MOTION FOR PRELIMINARY APPROVAL OF AMENDED CLASS-ACTION SETTLEMENT

COME NOW Plaintiffs Adam Sevy, Shawn Hornbeck, Arno Graves, Ron Nash, Todd Vohs, Wayne Rupe, David Guest, Brian Nelms, Robert Thiry, Larry Muhs, Anthony Shaw, Rusty Shaw, Tim Sullivan, Roger Bias, Robert Withrow, and Ellen Allicks d/b/a Allicks Excavating ("Plaintiffs") and Defendants Omni Specialty Packaging, LLC, Ozark Automotive Distributors, Inc., and O'Reilly Automotive Stores, Inc. d/b/a O'Reilly Auto Parts (sometimes referred to herein collectively as the "Defendants") (each a "Party," and together the "Parties"), by and through their respective undersigned counsel, and move the Court for an Order preliminarily approving the Parties' Proposed Amended Settlement Agreement and Release filed herewith. In support of their Renewed Joint Motion, the Parties respectfully state as follows:

1. On or about February 24, 2020, the Parties entered into a Settlement Agreement and Release in this matter (the "Settlement Agreement"). The Settlement Agreement makes substantial monetary and non-monetary relief available to approximately 285,500 or more members of the proposed settlement class comprised of persons and entities who purchased O'Reilly 303 Tractor

Hydraulic Fluid in any state in the United States, excluding Missouri, during the Class Period.

2. On April 6, 2020, the Parties filed their Joint Motion for Preliminary Approval of Proposed Class-Action Settlement, seeking preliminary approval of their original Settlement Agreement. (*See* Doc. #: 6.)

3. On September 22, 2020, the Court entered its Order Denying Proposed Settlement, in which the Court denied, without prejudice, the Parties' Joint Motion. (*See* Doc. #: 19.) However, the Court noted in its Order that the "Settlement has several positive features – most notably, the amount of cash compensation that will go to class members," and expressed its expectation that "the parties will be able to fashion a revised settlement that addresses the Court's concerns and will merit approval." (*See id.* at 1.)

4. In that September 22, 2020 Order, the Court identified several topics to be addressed by the Parties, including the following:

    (a) the expected reach of the current notice plan (*id.* at 10-11);

    (b) steps taken to ensure emails are not caught in spam filters and will reach their intended recipients (*id.* at 11);

    (c) the scope of in-store notice of the settlement (*id.* at 11-12);

    (d) use of Spanish in the notice plan (*id*. at 12);

    (e) hold-back of Plaintiffs' attorneys' fees until submission of a final report to Court (*id.* at 12);

    (f) prerequisites for assertion of objections and the absence of a mechanism allowing unsuccessful objectors to opt-out (*id.* at 13-14); and

    (g) the requirement that the Court enjoin class members from asserting certain claims pending final approval of the settlement (*id.* at 14-15).

5. After entry of the Court's September 22, 2020 Order, the Parties met-and-conferred on several occasions, negotiated amendments to the settlement papers, and have agreed to certain

proposed revisions to the Settlement Agreement, its exhibits, and certain related documents in order to address the Court's concerns expressed in the Order.

6. The Parties participated in a telephone conference with the Court on October 16, 2020, in which counsel for the Parties' discussed a number of the proposed revisions with the Court and explained the parties' rationales for the same. (*See* Doc. #: 21.)

7. Accordingly, the Parties submit herewith as <u>Exhibit 1</u> for the Court's review and approval their proposed Amended Settlement Agreement, with the following proposed exhibits:

    Exhibit A – Preliminary Approval Order (*revised*)

    Exhibit B – Final Approval Order

    Exhibit C -- Mailed Class Notice (*revised*)

    Exhibit D – Summary Class Notice (*revised*)

    Exhibit E – Long Form Class Notice (*revised*)

    Exhibit F – Claim Form and Instructions

    Exhibit G – Request for Correction Form and Instructions

(*See* Amended Settlement Agreement and Release, with Exhibits A-G, attached as <u>Exhibit 1</u> hereto.) In addition, the Parties submit herewith as <u>Exhibit 2</u> a redline of the Amended Settlement Agreement and exhibits showing the changes from the original Settlement Agreement and exhibits previously submitted to the Court on April 6, 2020 at Doc. #: 6-1.[1]

8. The Amended Settlement Agreement has not yet been executed, pending the Court's review and approval of the Parties' proposed revisions. If the Court enters an order

---

[1] A number of additional, minor revisions were made to the Settlement Agreement separate and apart from the Court's Order. Those changes, reflected in the attached redline, include modification of the covenant not to sue in paragraph 45, and also revisions to the timeframe for providing notice in paragraphs 58, 59, and 60, the latter of which are intended to make the Settlement Agreement consistent with the proposed Preliminary Approval Order that was previously filed with the Court. (*See* Preliminary Approval Order [Proposed] (Doc. #: 6-2) at ¶¶ 15(b), (c), (d), (e), (g).)

preliminary approving the Amended Settlement Agreement and its associated notice plan, the Parties will execute the Amended Agreement and file it with the Court.

9. The Parties' proposed changes to the Settlement Agreement and related documents, as they correspond with the topics raised in the Court's September 22, 2020 Order, are summarized in the following chart:

| Topic | Proposed Changes | Citation |
|---|---|---|
| expected reach of the notice plan (Order (Doc. #: 19) at 10-11) | The Settlement Administrator has been consulted, has reviewed the overall notice plan, and will provide an updated declaration confirming that the notice plan will provide notice to at least 75% of Settlement Class. | Second Declaration of William W. Wickersham at ¶¶7, 34 |
| Description of email notice and steps taken to ensure emails are not caught in spam filters and will reach their intended recipients (Order (Doc. #: 19) at 11) | The Settlement Agreement has been revised to reference email notice, and the Settlement Administrator will provide an updated declaration identifying the optimization mechanisms that will be used to help ensure emails to Settlement Class members are not being ignored, discarded, or caught in spam filters. | Amended Settlement Agreement at ¶¶54-56<br><br>Second Declaration of William W. Wickersham at ¶¶16-17 |
| scope of in-store notice (Order (Doc. #: 19) at 11-12) | In-store notice has been substantially increased. In-store notice will now be posted in in approximately 2,819 O'Reilly stores (increased from 1,614 stores) throughout the country that, together, account for 90 percent or more of both the total claim amount under the settlement and of O'Reilly 303 Tractor Hydraulic Fluid sales to members of the Settlement Class. Those 2,819 stores will include all of the stores where O'Reilly 303 Tractor Hydraulic Fluid was sold to members of the Settlement Class in the select seven states with higher volumes of O'Reilly 303 Tractor Hydraulic Fluid sales to class members (*i.e.,* Alabama, Arkansas, California, Mississippi, Oklahoma, Tennessee, and Texas). | Amended Settlement Agreement at ¶61<br><br>Second Declaration of William W. Wickersham at ¶¶27-28 |

| Topic | Proposed Changes | Citation |
|---|---|---|
| use of Spanish in the notice plan (Order (Doc. #: 19) at 12) | Spanish-language versions of the Long Form Notice, Claim Form, and Request for Correction Form will be available on the Settlement Website. The English-language versions of the Long Form Notice, Mailed Notice, and Summary Class Notice will include a provision in Spanish indicating that Spanish-language details about the settlement and how to submit a claim are available on the Settlement Website. In addition, of those stores selected for in-store notice, stores where O'Reilly 303 Tractor Hydraulic Fluid was advertised in Spanish will have in-store notice that includes a Spanish-language statement indicating that detailed information regarding the proposed settlement and the method for submitting a claim is available in Spanish online through the Settlement Website. | Second Declaration of William W. Wickersham at ¶¶15, 24, 29-30<br><br>Mailed Notice, Settlement Agreement Ex. C, at 1.<br><br>Summary Class Notice, Settlement Agreement Ex. D, at 1.<br><br>Long Form Notice, Settlement Agreement Ex. E, at 1. |
| hold-back of Plaintiffs' attorneys' fees until submission of a final report to the Court (Order (Doc. #: 19) at 12) | The Settlement Administrator will hold-back $100,000 of Class Counsels' attorneys' fees until the time period has expired for members of the Settlement Class to cash distribution checks and a final report is submitted to the Court accounting for distributions of the Settlement Fund. | Settlement Agreement at ¶¶40, 97 |
| prerequisites for assertion of objections, and the absence of a mechanism allowing unsuccessful objectors to opt-out (Order (Doc. #: 19) at 13-14) | Objectors may opt-out of the settlement if the Court overrules their objections. The prerequisites for asserting objections have been reduced, including by eliminating the requirement that past objection history must be submitted and that objection papers filed with the Court must also be served on counsel. | Settlement Agreement at ¶¶84-91 |
| the requirement that the Court enjoin class members from asserting certain claims pending final approval of the settlement (Order (Doc. #: 19) at 14-15) | The injunction paragraph has been removed from the proposed preliminary approval order. | Preliminary Approval Order, Settlement Agreement Ex. A, at ¶¶23-24 |

10. Accordingly, and pursuant to the Amended Settlement Agreement, the Parties respectfully request that the Court enter an Order in substantially the form of the revised proposed Preliminary Approval Order attached hereto as <u>Exhibit 4</u>, preliminarily approving the terms and conditions set forth in the Amended Settlement Agreement, including all exhibits thereto, as fair, reasonable, and adequate, and issuing such further orders and directions as set forth in the proposed Preliminary Approval Order.

11. In further support of the adequacy and appropriateness of the Parties' revised notice plan, the proposed Second Declaration of William W. Wickersham, a representative of proposed Settlement Administrator RG/2 Claims Administration LLC, is attached hereto as <u>Exhibit 3</u>.

12. In further support this Renewed Joint Motion, Plaintiffs file concurrently herewith their Suggestions in Support of Renewed Joint Motion for Preliminary Approval of Proposed Amended Class-Action Settlement.

WHEREFORE, Plaintiffs and Defendants respectfully request that the Court enter the proposed Preliminary Approval Order attached hereto as <u>Exhibit 4</u> and grant the Parties such other and further relief as is just and proper.

Date:   October 27, 2020	Respectfully submitted,


HORN AYLWARD & BANDY, LLC


BY:   */s/ Thomas V. Bender*
          Thomas V. Bender     MO 28099
          Dirk Hubbard         MO 37936
          2600 Grand, Ste. 1100
          Kansas City, MO 64108
          (816) 421-0700
          (816) 421-0899 (Fax)
          tbender@hab-law.com
          dhubbard@hab-law.com


**WHITE, GRAHAM, BUCKLEY,
& CARR, L.L.C**

BY:      /s/ *Gene P. Graham*
          Gene P. Graham, Jr.   MO 34950
          William Carr          MO 40091
          Bryan T. White        MO 58805
          19049 East Valley View Parkway
          Independence, Missouri 64055
          (816) 373-9080
          Fax: (816) 373-9319
          bcarr@wagblaw.com
          bwhite@wagblaw.com

**CLAYTON JONES, ATTORNEY AT LAW**

BY:      */s/ Clayton A. Jones*
          Clayton Jones         MO 51802
          P.O. Box 257
          405 W. 58 Hwy.
          Raymore, MO 64083
          Office: (816) 318-4266
          Fax: (816) 318-4267
          clayton@claytonjoneslaw.com

7

**LUNDBERG LAW FIRM, P.L.C.**

BY: /s/ *Paul D. Lundberg*
    Paul D. Lundberg, IA Bar #W00003339
    600 Fourth St., Suite 906
    Sioux City, Iowa 51101
    Tel: 712-234-3030
    paul@lundberglawfirm.com

**BEASLEY, ALLEN, CROW METHVIN, PORTIS & MILES, P.C.**

BY: */s/ Rhon E. Jones*
    Rhon E. Jones, AL
    Tucker Osborne, AL
    218 Commerce St.
    Montgomery, AL 36104
    Rhon.Jones@BeasleyAllen.com

**EMERSON FIRM, PLLC**

BY: */s/ John G.. Emerson*
    John G. Emerson, TX Bar No. 06602600
    830 Apollo St.
    Houston, TX 77058
    Tel: (800) 551-8649
    Fax: (501) 286-4659
    Email: jemerson@emersonfirm.com

**BOLEN ROBINSON & ELLIS, LLP**

BY: /s/ *Shane M. Mendenhall*
    Jon D. Robinson
    Joshua Rohrscheib
    Shane M. Mendenhall – ARDC No. 6297182
    Zachary T. Anderson - ARDC No. 6329384
    202 S. Franklin St., 2nd Floor
    Decatur, IL 62523
    Phone: 217-429-4296
    Fax: 217-329-0034
    Email: smendenhall@brelaw.com
    Email: zanderson@brelaw.

8

**BRYANT LAW CENTER, P.S.C.**

BY: */s/ Mark P. Bryant*
    Mark. P. Bryant    KY Bar #08755
    N. Austin Kennedy    KY Bar #96150
    P.O. Box 1876
    Paducah, KY 42002-1876
    Phone: (270) 442-1422
    Fax: (270) 443-8788
    Mark.bryant@bryantpsc.com
    Austin.kennady@bryantpsc.com

**GRIFFITH LAW CENTER, PLLC**

BY: */s/ Travis A. Griffith*
    Travis A. Griffith, WVSB No. 9343
    One Bridge Place
    10 Hale Street, Suite 203
    Charleston, WV 25301
    T: (304) 345-8999
    F: (304) 345-7638
    E: travis@protectingwv.com

**ATTORNEYS FOR PLAINTIFFS AND SETTLEMENT CLASS MEMBERS**

-and-

LEWIS RICE LLC

By: /s/ *Thomas P. Berra, Jr.*
    Thomas P. Berra, Jr., #43399MO
    Edward T. Pivin, #64086MO
    600 Washington Avenue, Suite 2500
    St. Louis, Missouri 63101
    Telephone: (314) 444-1352
    Facsimile: (314) 612-1352
    tberra@lewisrice.com
    epivin@lewisrice.com

    Robert W. Tormohlen, #40024MO
    Scott A. Wissel, #49085MO
    1010 Walnut St., Suite 500
    Kansas City, Missouri 64106
    Telephone: (816) 472-2507
    Facsimile: (816) 472-2500
    rwtormohlen@lewisricekc.com
    sawissel@lewisricekc.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that this document was filed electronically with the United States District Court for the Western District of Missouri, with notice of case activity to be generated and sent electronically by the Clerk of the Court to all designated persons this 27th day of October, 2020.

                                                                        /s/ *Dirk Hubbard*